IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DANTE A.R. COMBS, individually and on behalf of all others similarly situated, and ADAM S. WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE CORDISH COMPANIES, INC., et al.,<br><br>        Defendants. | Case No. 14-0227-CV-W-ODS |

ORDER DENYING MOTION FOR EXTENSION OF TIME

The Motion for Extension of Time (Doc. # 39) is denied. Defendants shall file their Answer(s) to the Amended Complaint on or before August 20, 2014.

IT IS SO ORDERED.

                                                  /s/ Ortrie D. Smith
                                                  ORTRIE D. SMITH, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT

DATE: August 6, 2014